UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>ERIC PELTIER,<br><br>           Defendant. | NO. CR-12-084-RHW-3<br><br>ORDER DENYING BAIL REVIEW MOTION **(Ct. Rec. 102)** |

The court, conducted a bail review hearing on September 10, 2012.

Judge Imbrogno previously ruled that Defendant's release would be considered if an opening at a lock-down treatment facility was available.

After considering the proffers of the parties and the recommendation of U.S. Probation, and based on Defendants mental health and drug issues, his past non-compliance with pretrial release conditions and there being no opening at a lock-down treatment facility, the Court **DENIED** Defendant's Motion for Reconsideration (Ct. Rec. 102) and ordered that Defendant continue to remain in custody of the U.S. Marshal.

**IT IS SO ORDERED.**

DATED this 10th day of September, 2012.

                                  s/ James P. Hutton
                                  JAMES P. HUTTON
                                  United States Magistrate Judge

ORDER DENYING BAIL REVIEW MOTION