PROB 12C
(7/93)

Report Date: August 13, 2014

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eric Peltier, Jr. | Case Number: 2:12CR00084-RHW-3 |
| Address of Offender: ▆▆▆▆▆▆▆▆▆▆ Spokane, Washington 99201 | |
| Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge | |
| Date of Original Sentence: January 24, 2013 | |
| Original Offense: Conspiracy to Commit Mail Theft, 18 U.S.C. § 371 | |
| Original Sentence: Prison - 21 months  TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Frank A. Wilson | Date Supervision Commenced: December 31, 2013 |
| Defense Attorney: John Barto McEntire, IV | Date Supervision Expires: December 30, 2016 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Numbers | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Special Condition # 14**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Eric Peltier violated the conditions of his supervised release in Spokane, Washington, on July 28 and August 12, 2014, by failing to appear for urinalysis testing as directed. It is noted that the offender has failed to appear for urine testing on five occasions since supervision commenced. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Peltier, Eric
August 13, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/13/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

*Robert H. Whaley*

Signature of Judicial Officer

August 14, 2014

Date